15-2454-cr

United States v. Garavito-Garcia, 827 F.3d 242 (2d Cir. 2016)
Errata Found in Softcover edition of F.3d

| Page | Col. | Line | Delete | Insert |
|------|------|------|--------|--------|
| 247 | 1, n.28 | 3 | Space between "n." and "6" | |
| 247 | 1, n.31 | 1 | Space between "n." and "3" | |
| 247 | 2, n.33 | 1 | Space between "n." and "3" | |

Copies have been sent by chambers to:

__X__ Panel Members

__X__ West Publishing
__X__ Clerk

So ordered:

*[signature]*

José A. Cabranes
U.S. Circuit Judge
October 5, 2016

RECEIVED 2016 OCT -6 PM 12:34 CLERK'S OFFICE U.S. COURT OF APPEALS

15-2454-cr